E-FILED
Wednesday, 14 May, 2025 12:27:46 PM
Clerk, U.S. District Court, ILCD

EXHIBIT A

FILED
4/4/2025 10:24 AM
Melissa Quick
Circuit Court
Vermilion County, Illinois

**IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS**
**VERMILION COUNTY, DANVILLE ILLINOIS**

| | | |
|---|---|---|
| MARCIA SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | ) | Case No.: 2025LA000021 |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, MARCIA SANCHEZ, by and through her attorneys, DWORKIN & MACIARIELLO, and in complaining of the Defendant, WALMART INC., states as follows:

1. On April 6, 2023, and at all times material, the Defendant, WALMART INC., was an Illinois corporation doing business within the County of Vermilion and the State of Illinois.

2. On April 6, 2023, and at all times material, the Defendant, WALMART INC., owned, maintained, and controlled a certain store # 2491 located at 4101 N Vermilion Street in the City of Danville, the County of Vermilion, and in the State of Illinois.

3. On April 6, 2023, and at all times material, the Plaintiff, MARCIA SANCHEZ, was lawfully on the premises located at 4101 N Vermilion Street as a paying customer.

4. On April 6, 2023, and at all times material, the Plaintiff, MARCIA SANCHEZ, was approaching the freezer isle when she suddenly slipped and fell on an accumulation of an open lunchable that was opened on the floor.

5. On April 6, 2023, and at all times material, the Plaintiff was in the exercise of ordinary care for her own safety

6. On April 6, 2023, and at all times material, the Defendant, WALMART INC., by and through its agents, servants, and/or employees, had the duty to exercise ordinary care in the maintenance, cleaning,

* 5 0 5 1 9 1 8 5 *

and upkeep of its premises.

7. Notwithstanding its aforementioned duty, WALMART INC., by and through its agents, employees, and/or servants, was then and there guilty of one or more the following negligent acts and/or omissions:

a. Carelessly and negligently failed to inspect its floors for potentially hazardous and/or dangerous conditions, including an accumulation of a slippery substance such as an opened lunchable;

b. In the scope of the Defendant's duties, knew or should have known of the potential hazard and/or danger caused by leaving an accumulation of a slippery substance such as an open lunchable on the premises floor;

c. Carelessly and negligently failed to ensure that no hazardous and/or dangerous condition, including an accumulation of a slippery substance such as an open lunchable, was on the premises floor;

d. Carelessly and negligently failed to warn or indicate with signs of the hazardous and/or dangerous condition of the accumulation of a slippery substance such as an open lunchable on the premises floor;

e. Carelessly and negligently failed to timely remove or otherwise remedy the hazardous and/or dangerous condition of the accumulation of a slippery substance such as an open lunchable;

f. Carelessly and negligently operated and maintained the premises floors, including the an accumulation of a slippery substance such as an opened lunchable, creating a hazardous and/or dangerous condition for those lawfully on the premises; and

g. Failed to provide a safe egress and ingress on the isles of the property.

* 5 0 5 1 9 1 8 5 *

8. On April 6, 2023, and at all times material, as a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions, the Plaintiff, MARCIA SANCHEZ, slipped on the hazardous and/or dangerous slippery substance, causing her to fall to the ground, causing her to become injured as hereinafter alleged.

9. On April 6, 2023, and at all times material, as a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions, the Plaintiff, MARCIA SANCHEZ, suffered severe bodily injuries; the Plaintiff has endured pain and suffering in the past and will have pain and suffering in the future; the Plaintiff has suffered disability and will suffer disability in the future; the Plaintiff has lost wages and will lose wages in the future; and the Plaintiff has incurred and will incur extensive medical expenses all as a result of the injuries received.

WHEREFORE, the Plaintiff, MARCIA SANCHEZ, demands judgment against the Defendant, WALMART INC, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), plus costs, and any other relief this court deems fair and just.

Respectfully Submitted:

/s/ John W. Chwarzynski Jr.

By: ______________________
Attorney for the Plaintiff

John W. Chwarzynski Jr.
DWORKIN & MACIARIELLO
134 N. LaSalle Street, Suite 650
Chicago, Illinois 60602
T: 312-857-7777 | F: 312-757-4913
jwc@hammerjustice.com
Atty No.: 6327836

FILED
4/4/2025 10:24 AM
* 5 0 5 1 9 1 8 5 * Melissa Quick
Clerk of the Circuit Court
Vermilion County, Illinois
MF, Deputy Clerk

**IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS**
**VERMILION COUNTY, DANVILLE ILLINOIS**

| | | |
|---|---|---|
| MARCIA SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: |
| WALMART INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)**

The Plaintiff, MARCIA SANCHEZ, by and through her attorneys, DWORKIN AND MACIARIELLO, hereby certifies under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure that the Complaint in the above entitled action seeks money damages in excess of $50,000.00.

Respectfully Submitted:

/s/John W. Chwarzynski Jr.

By:

____________________
Attorney for the Plaintiff

John W. Chwarzynski Jr.
DWORKIN & MACIARIELLO
134 N. LaSalle Street, Suite 650
Chicago, Illinois 60602
T: 312-857-7777 | F: 312-757-4913
jwc@hammerjustice.com
Atty No.: 6327836