E-FILED
Wednesday, 14 May, 2025  12:31:45 PM
Clerk, U.S. District Court, ILCD

36361-61

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARCIA SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | NO: 1:25-cv-1189 |
| | ) | |
| v. | ) | |
| | ) | [Removed from the Circuit Court for |
| WALMART INC., | ) | the Fifth Judicial Circuit, Vermilion County, |
| | ) | Illinois, Law No. 25-LA-21] |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

BRITTANY P. WARREN and HEYL, ROYSTER, VOELKER & ALLEN, P.C., hereby enters their

appearance as attorneys of record for Defendant, WALMART INC.

WALMART INC., Defendant

/s/ *Brittany P. Warren*

BY:_____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Brittany P. Warren, #6325934

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025-0467
Telephone  618.656.4646
PRIMARY E-SERVICE - edwecf@heylroyster.com
SECONDARY E-SERVICE - bwarren@heylroyster.com

36361-61

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **May 14, 2025**, I electronically filed the foregoing **NOTICE OF APPEARANCE,** with the Clerk of the Court using the CM/ECF system, which will send notification to:

John W. Chwarzynski Jr. – jwc@hammerjustice.com
DWORKIN & MACIARIELLO
**Attorneys for Plaintiff**


/s/ ***Brittany P. Warren***

_____
HEYL, ROYSTER, VOELKER & ALLEN, P.C.